No. 97–143.  WRIGHT *v.* SLATER, SECRETARY OF TRANSPORTATION.  C. A. 4th Cir.  Certiorari denied.

No. 97–148.  ARIZONA DEPARTMENT OF CORRECTIONS ET AL. *v.* HOOK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–150.  GRACIA ET AL. *v.* TREVINO, INDIVIDUALLY AND AS EXECUTIVE DIRECTOR OF THE HOUSING AUTHORITY OF THE CITY OF BROWNSVILLE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–153.  JOHNSTON *v.* TIDEWATER MARINE SERVICE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–154.  FLANAGAN *v.* JUDICIAL REVIEW COUNCIL OF CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 97–157.  UNITED STATES EX REL. FINDLEY *v.* FPC-BORON EMPLOYEES' CLUB ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 97–158.  GREEN ET VIR *v.* TOWN OF BROOKLINE.  C. A. 1st Cir.  Certiorari denied.

No. 97–159.  BLACK *v.* ZARING HOMES, INC.  C. A. 6th Cir.  Certiorari denied.

No. 97–161.  AIZAWA *v.* JAPAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–162.  SPRANGER *v.* RUNYON, POSTMASTER GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 97–164.  HANSEN *v.* SEA RAY BOATS, INC.  C. A. 10th Cir.  Certiorari denied.

No. 97–165.  JONES *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 97–167.  BJURMAN ET AL., CO-EXECUTORS OF WILL OF BJURMAN *v.* TRANSAMERICA CORPORATION EMPLOYEES HEALTH CARE PLAN.  C. A. 9th Cir.  Certiorari denied.